UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL RUBEN GARCIA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>BRYAN PHILLIPS,<br><br>　　　　　Respondent. | No. 1:24-cv-00091-KES-SKO (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING RESPONDENT'S MOTION TO DISMISS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE, DECLINING TO ISSUE CERTIFICATE OF APPEALABILITY, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE<br><br>(Doc. 13) |

　　　Petitioner Joel Ruben Garcia is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On May 9, 2024, the assigned magistrate judge issued findings and recommendations to grant Respondent's motion to dismiss the petition.  Doc. 13.  Those findings and recommendations were served upon all parties and contained notice that any objections thereto were to be filed within twenty-one (21) days after service.  No objections have been filed, and the deadline to do so has expired.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of the case.  Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and proper analysis.  As the magistrate judge noted, petitioner may either re-file his petition with only the ineffective assistance of counsel claim or re-file after exhausting the unexhausted claims in state court.

Having found that petitioner is not entitled to habeas relief, the court now turns to whether a certificate of appealability should issue.  A petitioner seeking a writ of habeas corpus has no absolute entitlement to appeal a district court's denial of his petition, and an appeal is only allowed in certain circumstances.  *Miller-El v. Cockrell*, 537 U.S. 322, 335–36 (2003); 28 U.S.C. § 2253.  If a court denies a habeas petition on the merits, the court may only issue a certificate of appealability "if jurists of reason could disagree with the district court's resolution of [the petitioner's] constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further."  *Miller-El*, 537 U.S. at 327; *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).  While the petitioner is not required to prove the merits of his case, he must demonstrate "something more than the absence of frivolity or the existence of mere good faith on his . . . part."  *Miller-El*, 537 U.S. at 338.

In the present case, the court finds that reasonable jurists would not find the court's determination that the petition should be denied debatable, wrong, or deserving of encouragement to proceed further.  Petitioner has not made the required substantial showing of the denial of a constitutional right.  Therefore, the court declines to issue a certificate of appealability.

///

///

///

///

///

///

///

///

2

Accordingly,

1. The findings and recommendations issued on May 9, 2024, Doc. 13, are adopted in full;
2. Respondent's motion to dismiss, Doc. 11, is granted;
3. The petition for writ of habeas corpus is dismissed without prejudice;
4. The Clerk of Court is directed to enter judgment and close the case; and
5. The court declines to issue a certificate of appealability.

IT IS SO ORDERED.

Dated:   July 31, 2024

_____
UNITED STATES DISTRICT JUDGE

3